# Affidavit

1. My name is Heather Harper, and I currently serve as Vice President of Client Services for Self Insured Services Co. (SISCO), the TPA.

2. TPA is a 3rd Party Administrator of claims made by healthcare providers for bills related to services given to medical patients. TPA's principle place of business and headquarters is located at 800 Main Street, Dubuque, Iowa.

3. TPA maintains its headquarters and an office in Davenport, Iowa.

4. TPA employs a staff of approximate 180 people who support the administration of healthcare claims and shares an IT department consisting of 29 individuals with several other subsidiaries of its parent company.

5. On average, TPA administers approximately 600,000 claims per month, ensuring that healthcare providers' payment for medical services provided are timely rendered.

6. My duties include supervising the administration of such claims and eligibility for client health plans. I work at TPA's headquarters in Dubuque, Iowa. I supervise the staff of TPA responsible for this and all related tasks, and I am familiar with all documents and information required to perform these functions.

7. Approximately 10% of TPA's claims arise in the state of Florida. TPA has had less than 1 % of its total claims within the past six (6) years involving the South Broward Hospital District, the plaintiff if the subject matter.

8. The subpoena seeks information relating to hundreds of claims and thousands of confidential data points containing detailed personal and medical information pertaining to hundreds of individuals who have no connection whatsoever to the plaintiff, South Broward Hospital District, or to the State of Florida.

**EXHIBIT C**

9. The information requested in the subpoena includes hundreds of claims that have no connection whatsoever to defendant ELAP.

10. None of the claims information requested in the subpoena related to claims handled by defendant Group and Pension Administrators.

11. The Subpoena seeks all information contained in the claim or transaction forms UB-04, EDI 835, EDI 837 without limitation, relating to hundreds of claims and transactions occurring from 2016 to the present. I am familiar with these forms and transactions.

12. The UB-04 is the form routinely used to capture all of a patient's relevant information, including personal biographical information, relevant medical conditions, injuries, illnesses, and treatments provided. The EDI 835 and EDI 837 transactions are the format mandated by HIPAA to process payment of healthcare claims.

13. The UB-04 as well as the EDI 835 and EDI 837 transactions are standardized throughout the healthcare industry.

14. The UB-04, EDI835 and EDI 837 forms contain sensitive personal information and personal health information ("PHI") as defined in HIPAA. TPA Personnel involved in the claims for process are required to undergo extensive training in the requirements of HIPAA. As such, TPA maintains procedures and safeguards to ensure that the information and data contained within each UB-04 and each EDI 835 and EDI 837 transaction is safeguarded and not stored in such a fashion that it could be easily combined, commingled or otherwise reduced to a report form or singular file as requested by plaintiff's subpoena.

15. The informational blocks within the UB-04 are referred to as "Form Locators." A line by line review of the UB-04 reveals the presence of detailed personal information and PHI in multiple locations, including the following (See Exhibit "A):

**EXHIBIT C**

a. Form locator 3: Patient control number (possibly a social security number) and the medical record number for your facility
b. Form locator 6: Statement from and through dates for the service covered on the claim in MMDDYY format
c. Form locator 8: Patient name in Last, First, MI format
d. Form locator 9: Patient street address, city, state, zip, and country code
e. Form locator 10: Patient birthdate
f. Form locator 11: Patient sex
g. Form locator 12: Admission date
h. Form locator 13: Admission hour
i. Form locator 14: Type of visit: 1 for emergency, 2 for urgent, 3 for elective, 4 for newborn, 5 for trauma, 9 for information not available.
j. Form locator 16: Discharge hour
k. Form locator 17: Discharge status
l. Form locator 18-28: Medical Condition codes (up to 11 conditions)
m. Form locator 29: Accident state
n. Form locator 30: Accident date
o. Form locator 31-34: Occurrence type
p. Form locator 35-36: Occurrence span
q. Form locator 38: Responsible party name and address
r. Form locator 44: Healthcare Procedure
s. Form locator 45: Service dates
t. Form locator 51: Health plan ID

**EXHIBIT C**

u. Form locator 58: Insured's name (Note: this is frequently not the patient)

v. Form locator 59: Patient's relationship to insured

w. Form locator 60: Insured's unique ID (Note: could be a social security number)

x. Form locator 65: Insured's employer name

y. Form locator 66: Diagnosis codes

z. Form locator 67: Principle diagnosis code, other diagnosis, and present on admission indicators

aa. Form locator 69: Admitting diagnosis codes

bb. Form locator 70: Patient reason for visit codes

cc. Form locator 72: External cause of injury code and POA indicator

dd. Form locator 74: Other procedure code and date

16. EDI 835 and EDI 837 transactions also contain sensitive PHI in the form of patient and insured identifiers, diagnosis codes, and treatment codes in order to correspond payments to services rendered.

17. Because of the sensitive and confidential nature of the data contained with the UB-04, the EDI 835 and 837, each billing and payment event is treated as a separate and discrete transaction. TPA does not maintain a collective report of all claims it processes and/or all UB-04s, EDI 835s and EDI 837s that it acquires through the course of its business. To do so would serve no purpose for TPA, the insurance plans it services, or the plan members and patients involved in the treatment.

18. Self-Insured employers and health plans who contract TPA as a 3rd Party Administrator do so because TPA has a track-record of efficient, rapid, cost effective and secure

**EXHIBIT C**

processing of claims. The manner in which the claims are handled and resolved, and the underlying procedures and methodology are unique to TPA.

19. The reports requested by plaintiffs in this matter would require TPA to reveal its confidential customers lists and would also reveal its confidential and proprietary methods and procedures for processing claim. Doing so would not only subject TPA to civil and criminal penalties, but would also expose it and all parties who come into possession of this sensitive and legally protected information to significant liability for any consequential mishandling or data-breaches.

*Heather Hayden*
9-13-21

**EXHIBIT C**

**EXHIBIT C**

**EXHIBIT C**