# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| In re Subpoena of South Broward Hospital District Issued to Self Insured Services Company | : : : : : | Case No. 21-MC-0005-KEM |

## NOTICE OF APPEAL

Self Insured Services Company appeals to the United States Court of Appeals for the 8th Circuit from the District Court's Order dated December 7, 2021, granting the Motion to Transfer Venue.

Respectfully submitted,

DEVINE TIMONEY LAW GROUP

_____
Patrick C. Timoney, Esq.
Dean H. Malik, Esq.


SIMMONS PERRINE MOYER BERGMAN PLC

By:_____
Thomas D. Wolle AT0008564

ATTORNEYS FOR SELF INSURED
SERVICES COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Nyemaster Goode, P.C.**
Stephanie G. Techau
sgtechau@nyemaster.com
Ethan S. Olson
eolson@nyemaster.com

**Kozyak Tropin & Throckmorton LLP**
Tal J. Lifshitz
tjl@kttlaw.com

_/s/_

The Clerk of Court must email a copy of this Motion to:

**Kozyak Tropin Throckmorton**
Benjamin Jacobs Widlanski
bwidlanksi@kttlaw.com
Eric Samuel Kay
ekay@kttlaw.com
Frank Anthony Florio
fflorio@kktlaw.com
Gail Ann McQuilkin
gam@kttlaw.com
Michael Robert Lorigas
mlorigas@kttlaw.com

**Wolfe Pincavage, LLP**
Danya Pincavage
danya@wolfepincavage.com
Douglas Wolfe
doug@wolfepincavage.com
Omar Mazien Ali-Shamaa
omar@wolfepincavage.com

**Fisher Broyles**
Irine Oria
Irene.oria@fisherbroyles.com
Kristopher R. Alderman
Kris.alderman@fisherbroyles.com
Patrick M. Emery
Patrick.emery@fisherbroyles.com

**Stroock & Stroock & Lavan LLP**
Robert Thomas Wright, Jr.
RWright@stroock.com
cfernandez@stroock.com
ioria@stroock.com
RTWJr1@yahoo.com