# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3831

In re: Self Insured Services Company

Appellant

------------------------------

South Broward Hospital District, doing business as Memorial Healthcare System

Appellee

v.

ELAP Services, LLC, a Pennsylvia limited liability company and Group & Pension Administrators, Inc., a Texas corporation

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:21-mc-00005-KEM)

---

## MANDATE

In accordance with the judgment of 02/14/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 07, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit